## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

Civil Action No. 13-cv-00167-ABJ

IN RE RICH GLOBAL, LLC,

    Debtor.

---

RICH DAD OPERATING COMPANY, LLC,

    Appellant,

v.

RICH GLOBAL, LLC, TRACY L. ZUBROD, Chapter 7 Trustee, LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, LEARNING ANNEX, L.P., CASHFLOW TECHNOLOGIES, INC., ROBERT KIYOSAKI, And KIM KIYOSAKI

    Appellees.

---

### ORDER GRANTING MOTION FOR ADMISSION OF JOHN F. YOUNG *PRO HAC VICE* AS COUNSEL FOR RICH DAD OPERATING COMPANY, LLC

---

    THIS MATTER is before the Court on the motion seeking to admit John F. Young ("Applicant"), *pro hac vice* to represent Appellant Rich Dad Operating Company, LLC, a secured creditor in this matter. Applicant will associate with Gregory L. Williams, a member of the Bars of the State of Wyoming and of this Court and of the firm Markus Williams Young & Zimmermann LLC. A declaration accompanied the motion attesting that the Applicant is admitted to practice before the state and federal court of the State of Colorado. It appears to the Court that there is just cause for granting the motion. It is therefore

    ORDERED that John F. Young is admitted *pro hac vice* to represent Rich Dad Operating Company, LLC, a secured creditor.

    Dated this ___ day of August, 2013

                                                        United States District Court Judge