

FILED

5:17 pm, 8/8/13

Stephan Harris
Clerk of Court

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

Civil Action No. 13-cv-00167-ABJ

IN RE RICH GLOBAL, LLC,

      Debtor.

---

RICH DAD OPERATING COMPANY, LLC,

      Appellant,

v.

RICH GLOBAL, LLC, TRACY L. ZUBROD, Chapter 7 Trustee, LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, LEARNING ANNEX, L.P., CASHFLOW TECHNOLOGIES, INC., ROBERT KIYOSAKI, And KIM KIYOSAKI

      Appellees.

---

### ORDER GRANTING MOTION FOR ADMISSION OF DEVI C. YORTY *PRO HAC VICE* AS COUNSEL FOR RICH DAD OPERATING COMPANY, LLC

---

      THIS MATTER is before the Court on the motion seeking to admit Devi C. Yorty ("Applicant"), *pro hac vice* to represent Appellant Rich Dad Operating Company, LLC, a secured creditor in this matter. Applicant will associate with Gregory L. Williams, a member of the Bars of the State of Wyoming and of this Court and of the firm Markus Williams Young & Zimmermann LLC. A declaration accompanied the motion attesting that the Applicant is admitted to practice before the state and federal court of the State of Colorado. It appears to the Court that there is just cause for granting the motion. It is therefore

      ORDERED that Devi C. Yorty is admitted *pro hac vice* to represent Rich Dad Operating Company, LLC, a secured creditor.

      Dated this 8th day of August, 2013

                                                          _____
                                                          United States District Court Judge