IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 13-cv-00167-ABJ

IN RE RICH GLOBAL, LLC,

    Debtor.

---

RICH DAD OPERATING COMPANY, LLC,

    Appellant,

v.

RICH GLOBAL, LLC, TRACY L. ZUBROD, Chapter 7 Trustee, LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, LEARNING ANNEX, L.P., CASHFLOW TECHNOLOGIES, INC., ROBERT KIYOSAKI, And KIM KIYOSAKI.

    Appellees.

---

**NOTICE OF FILING OF TRANSCRIPT OF TELEPHONIC HEARING HELD ON JULY 11, 2013 RE: TRUSTEE'S MOTION TO APPROVE SETTLEMENT; AND OBJECTIONS THERETO**

---

TO:    ALL PARTIES ENTERING AN APPEARANCE IN THE ABOVE CAPTIONED CASE

PLEASE TAKE NOTICE that pursuant to Local Rule 8006-1 and the applicable Federal Rules of Bankruptcy Procedure, Rich Dad Operating Company, LLC ("RDOC") hereby files the attached transcript of the telephonic hearing held on July 11, 2013 before the Bankruptcy Court re: Trustee's Motion to Approve Settlement and Objections thereto.  The attached transcript contains the transcribers oath on is final page and is the transcript of hearing referenced in RDOC's Designation of Items to be Included in Record on Appeal (Docket #125) and referenced at Item #48 in such Designation filed on August 6, 2013.

Respectfully submitted this 13th day of August, 2013.

                MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC

By: */s/ John F. Young*
    Gregory L. Williams (Wyoming Bar No.: 52363)
    John F. Young (*Pro Hac Vice*)
    Devi C. Yorty (*Pro Hsc Vice*)
    1700 Lincoln Street, Suite 4000
    Denver, Colorado 80203-4505
    Telephone (303) 830-0800
    Facsimile (303) 830-0809

    Attorneys for Appellant Rich Dad Operating
    Company, LLC

G:\R-Z\RICH DAD OPERATING COMPANY 11096\002 Rich Global\Appeal Pleadings\13-08-13 Notice of Filing Trancript\Notice of Filing Transcript.docx

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 13th day of August, 2013, via CM/ECF and by placing a copy in the U.S. mail, first class postage prepaid upon the following:

| | |
|---|---|
| **James R. Belcher**<br>Belcher & Boomgaarden LLP<br>237 Storey Boulevard, Suite 110<br>Cheyenne, WY 82009<br>Attorneys for **The Learning Annex** | **Ethan J. Birnberg**<br>Lindquist & Vennum P.L.L.P.<br>600 17th Street Suite 1800 South<br>Denver, CO 80202<br>Attorneys for **Cashflow Technologies, Inc.** |
| **Jenny M.F. Fujii**<br>Kutner Miller Brinen. P.C.<br>303 East 17th Avenue, Suite 500<br>Denver, CO 80203<br>Attorney for **Robert and Kim Kiyosaki** | **Jonathan Harris**<br>111 Broadway, Suite 402<br>New York, NY 10006<br>Attorneys for **Learning Annex Holdings, LLC; Learning Annex, LLC; Learning Annex L.P.** |
| **Paul Hunter**<br>2616 Central Avenue<br>Cheyenne, WY 82001<br>Attorneys for **Robert and Kim Kiyosaki** | **Lee M. Kutner**<br>Kutner Miller Brinen, P.C.<br>303 East 17th Avenue, Suite 500<br>Denver, CO 80203<br>Attorneys for **Robert and Kim Kiyosaki** |
| **Mark E. Macy**<br>Macy Law Office, P.C.<br>217 West 18th Street<br>Cheyenne, WY 82001<br>Attorney for **Rich Global, LLC** | **Edwin G. Schallert**<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attorneys for **Learning Annex Holdings, LLC; Learning Annex, LLC; Learning Annex L.P.** |
| **Tracy Zubrod, Trustee**<br>1907 House Avenue<br>Cheyenne, WY 82001 | |

*/s/   Jenny F. Tokuoka*
Jenny F. Tokuoka

G:\R-Z\RICH DAD OPERATING COMPANY 11096\002 Rich Global\Appeal Pleadings\13-08-13 Notice of Filing Transcript\Notice of Filing Transcript.docx

3