# UNITED STATES BANKRUPTCY COURT



Tim J. Ellis
Clerk of Court

DISTRICT OF WYOMING
2120 CAPITOL AVENUE #6004
CHEYENNE, WYOMING 82001
307-433-2200

www.wyb.uscourts.gov

August 21, 2013

Stephen Harris, Clerk of Court
United District Court
for the District of Wyoming
2120 Capitol Avenue
Cheyenne, WY 82001

Re: Case No.  12-20834
    Case Name: Rich Global LLC

Dear Mr. Harris,

The Bankruptcy record for the District of Wyoming Case #12-20834 (Docket #101) is complete for purposes of appeal.

All documents to date have been transmitted.

                          Tim J. Ellis
                          Clerk of Court

                          By: /s/  Jordan Karabetsos
                          Case Administrator