# UNITED STATES BANKRUPTCY COURT

Tim J. Ellis
Clerk of Court

DISTRICT OF WYOMING
2120 CAPITOL AVENUE #6004
CHEYENNE, WYOMING 82001
307-433-2200



www.wyb.uscourts.gov

August 22, 2013

Stephen Harris, Clerk of Court
United District Court
for the District of Wyoming
2120 Capitol Avenue
Cheyenne, WY 82001


Re: Case No.   12-20834
    Case Name: Rich Global LLC

Dear Mr. Harris,

The Bankruptcy record for the District of Wyoming Case #12-20834 (Docket #103) is complete for purposes of appeal.

All documents to date have been transmitted.


    Tim J. Ellis
    Clerk of Court

    By: /s/  Jordan Karabetsos
    Case Administrator