OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming



STEPHAN HARRIS  
Clerk of Court

MAGGIE BOTKINS  
Chief Deputy Clerk

August 29, 2013

TO: Devi C. Yorty, Esq  
Gregory Williams, Esq  
John Young, Esq  
Mark Macy, Esq

RE: Rich Dad Operating Company LLC vs Rich Global LLC et al

The above-captioned record on appeal was docketed in the U. S. District Court for the District of Wyoming on August 22, 2013, and given case number 13CV167-J.

By order of the Court, the briefing schedule set forth in Rule 8009 of the Bankruptcy Rules and official Forms shall apply, and which rule reads as follows:

1) The appellant/cross appellant shall serve and file a brief within 14 days after entry of the record on appeal on the docket pursuant to Rule 8007.

2) The appellee/cross appellee shall serve and file a brief within 14 days after service of the brief of appellant.

3) The appellant/cross appellant may serve and file a reply brief within 14 days after service of the brief of the appellee.

Sincerely,

STEPHAN HARRIS  
Clerk of Court

Julie Collins  
Deputy Clerk