FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

13 SEP 16 AM 8 14

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Civil Action No. 13-cv-00167-ABJ

IN RE RICH GLOBAL, LLC,

    Debtor.

---

RICH DAD OPERATING COMPANY, LLC, and RICH GLOBAL, LLC

    Appellants,

v.

TRACY L. ZUBROD, Chapter 7 Trustee, LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, and LEARNING ANNEX, L.P.

    Appellees.

## ORDER GRANTING LEARNING ANNEX PARTIES' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

This matter came before the Court on the request of Appellees Learning Annex Holdings, LLC, Learning Annex, LLC, Learning Annex, L.P. (the "Learning Annex Parties") for an extension to file their Response Brief. The Court finds there is good cause to grant the requested relief.

**IT IS THEREFORE ORDERED** that the Learning Annex Parties shall have up through and including September 27, 2013 to file their Response Brief.

DATED this 13th day of September, 2013.

BY THE COURT

Hon. Alan B. Johnson
United States District Court Judge