FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 SEP 16 AM 8 14

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 13-cv-00167-ABJ

IN RE RICH GLOBAL, LLC,

    Debtor.

---

RICH DAD OPERATING COMPANY, LLC, and RICH GLOBAL, LLC

    Appellants,

v.

TRACY L. ZUBROD, Chapter 7 Trustee, LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, and LEARNING ANNEX, L.P.

    Appellees.

---

## ORDER RE: APPELLANT RICH DAD OPERATING COMPANY'S *UNOPPOSED* MOTION TO CORRECT CAPTION

The Court, having reviewed Appellant Rich Dad Operating Company, LLC's Unopposed Motion to Correct Caption and, being fully apprised of the premises, hereby GRANTS the motion and orders as follows:

1. There is no cross-appeal in the above captioned appeal between Rich Dad Operating Company, LLC and Rich Global, LLC. No cross appeal briefing is expected or required.

2. Robert Kiyosaki and Kim Kiyosaki, and one entity, Cashflow Technologies, Inc., are not parties to the above-captioned appeal and will be removed from the caption.

3. From this point forward, all parties to this appeal are permitted to use the caption that appears on this Order.

DATED: September 13 2013.

By: /s/ Alan B. Johnson
District Court Judge