**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

FILED
10:31 am, 10/1/13
Stephan Harris
Clerk of Court

Civil Action No. 13-cv-00167-ABJ

IN RE RICH GLOBAL, LLC,

    Debtor.

---

RICH DAD OPERATING COMPANY, LLC, and RICH GLOBAL, LLC

    Appellants,

v.

TRACY L. ZUBROD, Chapter 7 Trustee, LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, and LEARNING ANNEX, L.P.

    Appellees.

---

**ORDER RE: APPELLANTS' JOINT AND _UNOPPOSED_ MOTION FOR EXTENSION OF TIME IN WHICH TO FILE CONSOLIDATED REPLY BRIEFS**

---

The Court, having reviewed Appellants' Joint and Unopposed Motion for Extension of Time in which to File Consolidated Reply Briefs and, being fully apprised of the premises, hereby GRANTS the motion and orders as follows:

The deadline for Appellants Rich Global, LLC and Rich Dad Operating Company, LLC, to reply to the Answer Brief of Appellee Tracy Zubrod, acting in her capacity as Chapter 7 Trustee, is hereby extended up to and including October 11, 2013.

DATED: __October 1__, 2013.

                                              **BY THE COURT:**

                                              _/s/ Alan B. Johnson_

                                              District Court Judge